Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
        susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>EURO-TECH CONSTRUCTION & TRUCKING, INC., a California Corporation; JOHN CHARLES FEELY, an individual,<br><br>Defendants. | Case No.: C-13-1381 DMR<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** (AS MODIFIED) **\*\*AMENDED\*\***<br><br>Date:   June 26, 2013<br>Time:   1:30 p.m.<br>Ctroom: 4, 3rd Floor<br>         Hon. Donna M. Ryu |

Plaintiffs provide this abbreviated Case Management Conference Statement.

On March 28, 2013, plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint").

– 1 –

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1 | The Complaint was served on defendants on April 16, 2013. Defendants failed to file a responsive pleading. On June 4, 2013, Plaintiffs filed their Request for Entry of Default against defendants. On June 5, 2013, the Clerk of the Court entered the default of both defendants.

Plaintiffs will proceed in default and will have a motion for default judgment filed within forty-five (45) days. Based on the above, Plaintiffs respectfully request that this Court continue the June 26, 2013, case management conference for approximately forty-five days.

DATED: June 17, 2013

                                  BULLIVANT HOUSER BAILEY PC

                                  By _____
                                       Ronald L. Richman
                                       Susan J. Olson

                                  Attorneys for Plaintiffs

### ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing: IT IS HEREBY ORDERED that the June 26, 2013, case management conference be continued to ___August 14___, 2013 at 1:30 p.m., Courtroom 4, 3rd floor. If plaintiffs file their motion for default judgment prior to the rescheduled case management conference, the case management conference will be vacated. The Case Management Conference Statement is due no later than August 7, 2013. Plaintiffs shall serve the Defendants with a copy of this Order and file a proof of service with the court.

DATED: June 19, 2013

                                  By _____
                                       HON. DONNA M. RYU
                                     UNITED STATES MAGISTRATE JUDGE

14194398.1

# PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On June 3, 2013, I served the document(s) entitled:

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**

upon the following party(ies):

| | |
|---|---|
| Euro-Tech Construction & Trucking, Inc.<br>1779 35th Avenue<br>San Francisco, CA 94122 | Charles Feely<br>1779 35th Avenue<br>San Francisco, CA 94122 |

☒ BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2013, at San Francisco, California.

_____
Kristina Clark