Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
        susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>EURO-TECH CONSTRUCTION & TRUCKING, INC., a California Corporation; JOHN CHARLES FEELY, an individual,<br><br>Defendants. | Case No.: C-13-1381 DMR<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants Euro-Tech Construction & Trucking, Inc. and John Charles Feely, on the other hand, that pursuant to the Settlement Agreement and Release ("Settlement Agreement"), which is expressly incorporated by reference into this Stipulation for Dismissal Without Prejudice and provides for this Court to retain jurisdiction to enforce the Settlement Agreement,  that this

– 1 –

1  Court dismiss this action, without prejudice, and retain jurisdiction over this matter to enforce
2  the Settlement Agreement should any action be required to enforce the Settlement Agreement
3  after the dismissal without prejudice is entered by the Court.
4  DATED: July 24, 2013

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

10  DATED: July 29, 2013

EURO-TECH CONSTRUCTION & TRUCKING, INC.

By _____
John Charles Feely

Defendant

15  DATED: July 29, 2013

By _____
John Charles Feely

Defendant

**ORDER**

Pursuant to the parties' Stipulation and Settlement Agreement, which terms and conditions are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal without prejudice is entered by the Court. See generally *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v. Tragesser,* 49 F.3rd 1430, 1432 (9th Cir. 1995).

DATED: August 5, 2013

By _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

14247966.1

— 3 —
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON